# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM KOLLIN, individually; <br><br> Plaintiff, <br><br> vs. <br><br> JARED MCCOMBS, et al., <br><br> Defendants. | CASE NO.: 1:18-CV-00617-LJO-JLT <br><br> [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE (Doc. 46) |

Based upon the stipulation of counsel, the settlement conference is continued to June 11, 2019 at 1:30 p.m.

IT IS SO ORDERED.

    Dated: __**February 5, 2019**__               __**/s/ Jennifer L. Thurston**__
                                                                UNITED STATES MAGISTRATE JUDGE