Bruce D. Praet SBN 119430
Kyle R. Bevan SBN 294877
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com
kbevan@law4cops.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM KOLLIN, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TEHACHAPI, a Governmental Entity; JARED MCCOMBS, Individually; BRUCE MEDINA, Individually; AMELIA THOMPSON, Individually; CHIEF OF POLICE KENT KROEGER, Individually and in his Official Capacity; and DOES 1 Through 10,<br><br>Defendants. | Case No. 1:18-cv-00617 LJO JLT<br><br>**JOINT STIPULATION and [~~PROPOSED~~] ORDER FOR LEAVE TO DEPOSE INMATE PLAINTIFF RICHARD WILLIAM KOLLIN (Doc. 48)** |

///

1

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned Parties intend to move the Court for an order granting leave to take the oral and videotaped deposition of Plaintiff, RICHARD WILLIAM KOLLIN, who is presently confined to the California Institution for Men in Chino, CA.

Counsel for the Defendants would like to depose Plaintiff in May/June 2019. Defendants are currently waiting for Chino Correctional Facility to provide dates that are available. Counsel have met and conferred regarding this date rage and Plaintiff's counsel has conveyed his availability.

The underlying action is brought Inmate Plaintiff Richard William Kollin for the alleged violation of his civil rights and other state torts. The Defendants require his deposition to explore the facts and circumstances giving rise to the incident which is the subject of this lawsuit.

There is no opposition by Inmate Plaintiff's counsel to the requested leave.

DATED: February 26, 2019  FERGUSON, PRAET & SHERMAN
A Professional Corporation

 /s/   Kyle R. Bevan
Kyle R. Bevan
Attorneys for Defendants

DATED:  February 26, 2019  The Sehat Law Firm

 /s/ Cameron Sehat
Cameron Sehat
Attorneys for Plaintiff Richard William Kollin

**ORDER**

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS**:

1. The deposition of the plaintiff, Richard William Kollin, may be taken at his place of incarceration subject to the rules and regulations of that institution;

2. The defendants SHALL give notice of this order to the Litigation Coordinator at plaintiff's location of incarceration and/or other pertinent personnel at that institution/the California Department of Corrections and Rehabilitation so that the taking of the deposition occurs at a time and place that will minimize disruptions to the orderly operations of the institution.

IT IS SO ORDERED.

Dated: **February 26, 2019**          **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE