UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM KOLLIN, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TEHACHAPI, et al.,<br><br>Defendants. | Case No. 1:18-cv-00617 LJO JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br>(Doc. 50) |

Based upon the stipulation of counsel (Doc. 50), the Court **GRANTS** the stipulation and continues the settlement conference to June 12, 2019, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __March 7, 2019__   /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE